832

No. 228. NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH ET AL. *v.* BRITTON, DEPUTY COMMISSIONER, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John Flather Ellis* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents.

No. 233. POSEGATE ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jack G. Marks* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 247. FALKNER, BANKING COMMISSIONER, *v.* NATIONAL BANK OF COMMERCE OF SAN ANTONIO, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. *Will Wilson,* Attorney General of Texas, and *C. K. Richards,* Assistant Attorney General, for petitioner. *G. W. Parker, Jr., Ireland Graves* and *Robert J. Hearon, Jr.* for respondents. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin* for the United States, as *amicus curiae,* in opposition to the petition.

No. 240. LOCAL 483, INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Mozart G. Ratner* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come, Frederick U. Reel* and *Herman M. Levy* for respondents.